**Dismiss and Opinion Filed March 5, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00059-CV

### SARA SIMON-BEHRNES, Appellant
### V.
### JAN OLAVARRI, AS BENEFICIARY OF JOANNE C. HILL, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06252-C**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

Stating she no longer wishes to pursue this appeal, appellant has filed a motion

for voluntary dismissal. We grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1).


/Cory L. Carlyle/
CORY L. CARLYLE
210059F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

SARA SIMON-BEHRNES,
Appellant

No. 05-21-00059-CV     V.

JAN OLAVARRI, AS
BENEFICIARY OF JOANNE C.
HILL, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-06252-
C.
Opinion delivered by Justice Carlyle,
Justices Myers and Osborne
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Jan Olavarri, as Beneficiary of Joanne C. Hill recover her costs, if any, of this appeal from appellant Sara Simon-Behrnes.

Judgment entered this 5th day of March, 2021.